

_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
March 26, 2018

| | |
|---|---|
| Ogonna M. Brown, Esq. (NV Bar No. 7589) | E-filed on: March 23, 2018 |
| Email: obrown@nevadafirm.com | Todd M. Lander, Esq. (CA Bar No. 17031) |
| F. Thomas Edwards, Esq. (NV Bar No. 9549) | Email: todd.lander@ffslaw.com |
| Email: tedwards@nevadafirm.com | Admitted *Pro Hac Vice* |
| Mary Langsner, Esq. (NV Bar No. 13707) | Arash Beral, Esq. (CA Bar No. 245219) |
| Email: mlangsner@nevadafirm.com | Email: arash.beral@ffslaw.com |
| HOLLEY DRIGGS WALCH | Admitted *Pro Hac Vice* |
| FINE WRAY PUZEY & THOMPSON | FREEMAN, FREEMAN & SMILEY, LLP |
| 400 South Fourth Street, Third Floor | 1888 Century Park East, Suite 1900 |
| Las Vegas, Nevada 89101 | Los Angeles, California 90067 |
| Telephone:   702/791-0308 | Telephone:   310/255-6100 |
| Facsimile:   702/791-1912 | Facsimile:   310/255-6200 |

***Attorney for GemCap Lending I, LLC***

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>U.S.A. DAWGS, INC.,<br><br>     Debtor. | Case No. 18-10453-LED<br>Chapter 11 |
| U.S.A. DAWGS, INC.,<br><br>     Plaintiff,<br><br>  v.<br><br>GEMCAP LENDING I, LLC, A DELAWARE LIMITED LIABILITY COMPANY<br><br>     Defendant. | Adv. No. 18-01011-LED<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR GEMCAP LENDING I, LLC, TO PLEAD OR OTHERWISE RESPOND TO ADVERSARY COMPLAINT** |

The Court, having read and considered the Stipulation to Extend Deadline for GemCap Lending I, LLC to Plead or Otherwise Respond to Adversary Complaint (the "Stipulation"), submitted jointly by Plaintiff Debtor U.S.A. Dawgs, Inc. ("Plaintiff"), by and through its counsel

11933-02/2020177.docx

Talitha Gray Kozlowski, Esq. and Teresa M. Pilatowicz, Esq. of the law firm Garman Turner Gordon LLP, and GemCap Lending I, LLC ("Defendant") by and through its counsel Ogonna M. Brown, Esq. of the law firm Holley Driggs Walch Fine Wray Puzey & Thompson, and Todd M. Lander, Esq. of Freeman, Freeman & Smiley, LLP, and good cause appearing therefor,

**IT IS ORDERED** that that Stipulation is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline by which Defendant shall file an answer or other response to the Complaint on file in this Adversary Proceeding [Adv. ECF No. 1] shall be extended seven (7) calendar days, from March 23, 2018, to **March 30, 2018**.

**IT IS FURTHER ORDERED** that Defendant shall have through **March 30, 2018**, to file an answer or otherwise respond to the Complaint on file in this Adversary Proceeding.

Prepared and submitted by:

**HOLLEY DRIGGS WALCH**
**FINE WRAY PUZEY & THOMPSON**


  /s/ Mary Langsner
Ogonna M. Brown, Esq. (NV Bar No. 7589)
F. Thomas Edwards, Esq. (NV Bar No. 9549)
Mary Langsner, Esq. (NV Bar No. 13707)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308

**FREEMAN, FREEMAN & SMILEY, LLP**
Todd M. Lander, Esq. (CA Bar No. 17031)
*Admitted Pro Hac Vice*
Arash Beral, Esq. (CA Bar No. 245219)
*Admitted Pro Hac Vice*
1888 Century Park East, Suite 1900
Los Angeles, California 90067
*Attorneys for GemCap Lending I, LLC*

###

11933-02/2020177.docx