Ogonna M. Brown, Esq. (NV Bar No. 7589)
Email: obrown@nevadafirm.com
F. Thomas Edwards, Esq. (NV Bar No. 9549)
Email: tedwards@nevadafirm.com
Mary Langsner, Esq. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:    702/791-1912
*Attorney for GemCap Lending I, LLC*

E-filed on: March 26, 2018
Todd M. Lander, Esq. (CA Bar No. 17031)
Email: todd.lander@ffslaw.com
Admitted *Pro Hac Vice*
Arash Beral, Esq. (CA Bar No. 245219)
Email: arash.beral@ffslaw.com
Admitted *Pro Hac Vice*
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:   310/255-6100
Facsimile:    310/255-6200

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

U.S.A. DAWGS, INC.,

Debtor.

_____

U.S.A. DAWGS, INC.,

Plaintiff,

v.

GEMCAP LENDING I, LLC,

Defendant.

Case No. 18-10453-LED
Chapter 11

Adv. No. 18-01011-LED

**NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR GEMCAP LENDING I, LLC TO PLEAD OR OTHERWISE RESPOND TO ADVERSARY COMPLAINT**

PLEASE TAKE NOTICE that the **Order Granting Stipulation to Extend Deadline for GemCap Lending I, LLC to Plead or Otherwise Respond to Adversary Complaint** ("Order") [Adv. ECF No. 10] was entered on March 26, 2018. A copy of said Order is attached.

Dated this 26th day of March, 2018.

**HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON**

/s/ Ogonna M. Brown

Ogonna M. Brown, Esq. (NV Bar No. 7589)
F. Thomas Edwards, Esq. (NV Bar No. 9549)
Mary Langsner, Esq. (NV Bar No. 13707)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for GemCap Lending I, LLC*

11933-02/2021151.docx

 

Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
March 26, 2018

---

Ogonna M. Brown, Esq. (NV Bar No. 7589)
Email:  obrown@nevadafirm.com
F. Thomas Edwards, Esq. (NV Bar No. 9549)
Email:  tedwards@nevadafirm.com
Mary Langsner, Esq. (NV Bar No. 13707)
Email: mlangsner@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
***Attorney for GemCap Lending I, LLC***

E-filed on:  March 23, 2018
Todd M. Lander, Esq. (CA Bar No. 17031)
Email: todd.lander@ffslaw.com
Admitted *Pro Hac Vice*
Arash Beral, Esq. (CA Bar No. 245219)
Email: arash.beral@ffslaw.com
Admitted *Pro Hac Vice*
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone:    310/255-6100
Facsimile:    310/255-6200

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>U.S.A. DAWGS, INC.,<br><br>Debtor. | Case No. 18-10453-LED<br>Chapter 11 |
| U.S.A. DAWGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GEMCAP LENDING I, LLC, A DELAWARE LIMITED LIABILITY COMPANY    Defendant. | Adv. No. 18-01011-LED<br><br>**<u>ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR GEMCAP LENDING I, LLC, TO PLEAD OR OTHERWISE RESPOND TO ADVERSARY COMPLAINT</u>** |

The Court, having read and considered the Stipulation to Extend Deadline for GemCap Lending I, LLC to Plead or Otherwise Respond to Adversary Complaint (the "<u>Stipulation</u>"), submitted jointly by Plaintiff Debtor U.S.A. Dawgs, Inc. ("<u>Plaintiff</u>"), by and through its counsel

11933-02/2020177.docx

1  Talitha Gray Kozlowski, Esq. and Teresa M. Pilatowicz, Esq. of the law firm Garman Turner
2  Gordon LLP, and GemCap Lending I, LLC ("<u>Defendant</u>") by and through its counsel Ogonna M.
3  Brown, Esq. of the law firm Holley Driggs Walch Fine Wray Puzey & Thompson, and Todd M.
4  Lander, Esq. of Freeman, Freeman & Smiley, LLP, and good cause appearing therefor,

**IT IS ORDERED** that that Stipulation is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline by which Defendant shall file an answer or other response to the Complaint on file in this Adversary Proceeding [Adv. ECF No. 1] shall be extended seven (7) calendar days, from March 23, 2018, to **March 30, 2018**.

**IT IS FURTHER ORDERED** that Defendant shall have through **March 30, 2018**, to file an answer or otherwise respond to the Complaint on file in this Adversary Proceeding.

Prepared and submitted by:

**HOLLEY DRIGGS WALCH**
**FINE WRAY PUZEY & THOMPSON**


 /s/ Mary Langsner
Ogonna M. Brown, Esq. (NV Bar No. 7589)
F. Thomas Edwards, Esq. (NV Bar No. 9549)
Mary Langsner, Esq. (NV Bar No. 13707)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308

**FREEMAN, FREEMAN & SMILEY, LLP**
Todd M. Lander, Esq. (CA Bar No. 17031)
*Admitted Pro Hac Vice*
Arash Beral, Esq. (CA Bar No. 245219)
*Admitted Pro Hac Vice*
1888 Century Park East, Suite 1900
Los Angeles, California 90067
*Attorneys for GemCap Lending I, LLC*

###

11933-02/2020177.docx

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Holley, Driggs, Walch, Fine, Wray, Puzey & Thompson, and that on the 26th day of March, 2018, I caused to be served a true and correct copy of NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR GEMCAP LENDING I, LLC TO PLEAD OR OTHERWISE RESPOND TO ADVERSARY COMPLAINT in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ [signature]

An employee of Holley, Driggs, Walch, Fine, Wray, Puzey & Thompson

11933-02/2021151.docx