_____
Honorable Laurel E. Babero
United States Bankruptcy Judge

Entered on Docket
August 03, 2018

ELIZABETH STEPHENS, ESQ.
Nevada Bar No. 5788
Sullivan Hill Rez & Engel
228 South Fourth Street, First Floor
Telephone 702-382-6440
stephens@sullivanhill.com
*Attorney for Mojave Desert Holdings LLC*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>U.S.A. DAWGS, INC.,<br><br>　　　　　　Debtor.<br><br>U.S.A. Dawgs, Inc.<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GEMCAP LENDING I, LLC. A<br><br>DELAWARE LIMITED LIABILITY<br><br>COMPANY<br><br>　　　　　　Defendant. | Case No. 18-10453-LEB<br><br>Chapter 11<br><br>**Adv. No.: 18-01011-leb**<br><br>**NOTICE OF HEARING AND ORDER SHORTENING TIME ON MOTION TO CONTINUE MOTION TO DISMISS**<br><br>Date: August 6, 2018<br>Time: 9:30 A.M.<br><br>Place: Courtroom No. 3, Third Floor<br>　　　　Foley Federal Building<br>　　　　300 Las Vegas Blvd. S.<br>　　　　Las Vegas, NV 89101 |

　　The Court having considered the ex parte motion of Interested Party Mojave Desert Holdings, LLC for continuance of Defendant GemCap Lending LLC's ("GemCap") Motion to Dismiss Adversary Complaint ("Motion") and good cause appearing:

IT IS HEREBY ORDERED that Mojave's Motion for Order Shortening time is Granted.

IT IS FURTHER ORDERED that Mojave's Motion for Continuance will be heard on August 6, 2018 at 9:30 A.M.

IT IS SO ORDERED.

SULLIVAN HILL LEWIN REZ & ENGEL
A Professional Law Corporation

By:  */s/ Elizabeth E. Stephens*
     James P. Hill
     Elizabeth E. Stephens
     Attorneys for Mojave Desert Holdings LLC